UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY BROWN,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　Defendant(s). | Case No. 2:21-cv-01716-JCM-NJK<br><br>**Order** |

　　　To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than November 15, 2021, a joint proposed discovery plan.

　　　IT IS SO ORDERED.

　　　Dated: November 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge