1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Michael A. Pintar
   Nevada Bar No. 3789
3    *michael.pintar@mccormickbarstow.com*
   Chenelle L. Jackson
4  Nevada Bar No. 15750
     *chenelle.jackson@mccormickbarstow.com*
5  241 Ridge Street, Suite 300
   Reno, Nevada 89501
6  Telephone:   (775) 333-0400
   Facsimile:   (775) 333-0412
7
   Attorneys for USAA Casualty Insurance
8  Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>  Defendants. | Case No. 2:21-cv-01716-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and the parties above-named, by and through their respective counsel of record, that that above-entitled matter be dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated: March 24, 2022

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: _____
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
2810 West Charleston Boulevard, Suite 75
Las Vegas, Nevada 89102

*Attorneys for Plaintiff,
Kimberly Brown*

Dated: March 25, 2022

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
MICHAEL A. PINTAR, ESQ.
Nevada Bar No. 3789
241 Ridge Street, Suite 300
Reno, Nevada 89501

*Attorneys for Defendant, USAA Casualty
Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

DATED March 29, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

828421l.1